UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILSON FRANKLIN,

    Plaintiff,

v.

GALE GLADSON,

    Defendants.

Case No. 14-cv-1102-JPG-RJD

## **MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Wilson Franklin's motions *in limine*, which were filed prior to a previously set 2017 trial date (Docs. 122-26 & 128). The trial has been continued to May 7, 2018. The Court has considered the earlier filed motions and rules as follows:

- **GRANTS** Franklin's Motion *in Limine* to Exclude Evidence of Plaintiff's Disciplinary History and Other Instances of Misconduct While Incarcerated at Jackson County Jail (Doc. 122);

- **GRANTS** Franklin's Motion *in Limine* to Exclude Non-Party Witnesses From Attending Trial (Doc. 123);

- **GRANTS** Franklin's Motion *in Limine* to Exclude Evidence of Plaintiff's Unrelated Medical History (Doc. 124);

- **GRANTS** Franklin's Motion *in Limine* to Exclude Evidence Regarding Settlement (Doc. 125);

- **GRANTS** Franklin's Motion *in Limine* Regarding Plaintiff's Visual Appearance (Doc. 126). Franklin must provide his own civilian clothes and make them available for inspection by security prior to donning them for trial; and

- **DENIES** Franklin's Motion *in Limine* to Exclude and/or Limit Evidence of Plaintiff's Prior Criminal Convictions and to Exclude Evidence of Plaintiff's Prior Arrests (Doc. 128). Some such evidence may be properly used to impeach Franklin if he testifies at trial and will be limited, if necessary, at that time.

These rulings are **without prejudice** to reconsideration or renewal in connection with the currently scheduled trial and the evidence and issues presented at that time.

**IT IS SO ORDERED.**
**DATED: March 8, 2018**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**