IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILSON FRANKLIN,

    Plaintiff,

v.

JACKSON COUNTY SHERIFF DEPARTMENT,
GALE GLADSON and UNKNOWN PARTY
CORRECTIONAL OFFICERS,

    Defendants.

Case No. 14-cv-1102-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and a jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Gale Gladson and against plaintiff Wilson Franklin and that this claim is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that all claims against the Jackson County Sheriff Department and Unknown Party Correctional Officers are dismissed without prejudice.

**DATED:** May 9, 2018    JUSTINE FLANAGAN, Acting Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**